THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELMER BELLACH, Appellant.— Motion by appellant to dispense with printing on appeal from order denying his *coram nobis* application, granted. The appeal will be heard on the original papers and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve-one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the September Term, beginning, September 6, 1961; appeal ordered on the calendar for said term. This appeal should be heard together with the pending appeal from the judgment of conviction. Motion for assignment of counsel granted. William A. Smith, Esq., of 30 Bay Street, Staten Island, New York, having been assigned as counsel to prosecute appellant's pending appeal from the judgment, is also assigned to prosecute this appeal from the order denying the *coram nobis* application. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

## (June 7, 1961)

IRVING GREENSPAN, Appellant, v. TOBY GREENSPAN, Respondent. TOBY GREENSPAN, Respondent, v. IRVING GREENSPAN, Appellant. TOBY GREENSPAN, Respondent, v. IRVING GREENSPAN, Appellant.— Motion by appellant for a stay of trial, pending appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before September 1, 1961. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

In the Matter of MARIA RITA GALVANO, Respondent, v. ARSENAL BUILD-ING CORP., Appellant.— Motion by appellant to extend its time to serve its answer, granted; time extended until 20 days after entry of the order determining the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.